UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :
            - v. -                    :
                                      :
JAIRO GABRIEL MONTOYA HERNANDEZ,      :
    a/k/a "Maximo,"                   :        **ORDER**
    a/k/a "El Ingeniero,"             :
JAIRO MAURICIO MONTOYA MACIAS,        :        07 Cr. 197
    a/k/a "Mauricio,"                 :
    a/k/a "Martin,"                   :
FABIO ALONSO MARIN DUQUE,             :
    a/k/a "Felipe,"                   :
WILLIAM DE JESUS RESTREPO RESTREPO,   :
    a/k/a "Willy,"                    :
JULIO CESAR RAMIREZ LAINO,            :
ALVARO MORALES MAYA,                  :
    a/k/a "Bethoven,"                 :
    a/k/a "El Sordo,"                 :
BEATRIZ EUGENIA RAMIREZ LUGO, and     :
MARTA OLGA MACIAS DE MONTOYA,         :
                                      :
            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - - - -x



          Upon the application of the United States of America, and

for good cause shown, it is hereby

          ORDERED that the Indictment in the above-captioned

matter, which has heretofore been sealed, shall be and hereby is

unsealed.

Dated:  New York, New York
        June 1, 2007


        _____
        UNITED STATES MAGISTRATE JUDGE